DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
ARTEMIOS MANIATIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-796 |
| Plaintiff, | **APPLICATION FOR TRAVEL ORDER BY DEFENDANT ARTEMIOS MANIATIS; TRAVEL ORDER** |
| vs. | |
| ARTEMIOS MANIATIS and DIMITRIOS GEORGAKOUDIS, | |
| Defendants. | |

   Defendant Artemios Maniatis hereby requests a court order permitting him to travel to Los Angeles, California, from Friday, December 15, 2006 until Sunday, December 17, 2006 to visit with friends in the Los Angeles area. AUSA Stacey Geis has been made aware of this request and has no objection. In support of this Application, the undersigned declares:

   1.   I am an attorney at law duly licensed to practice before this Court and in all the Courts of this State, and currently practice with the law firm of Schwartz & Cera LLP, attorneys of record for defendant, Artemios Maniatis.

   2.   I make this declaration of my own personal knowledge and if called upon to do so, I could and would testify competently as stated herein.

   3.   Defendant Maniatis is prohibited from traveling outside the Bay Area by the terms of the Pretrial Release Order issued November 17, 2006.

4.	Defendant Maniatis requests permission to travel to Los Angeles, California from Friday, December 15, 2006 until Sunday, December 17, 2006 to visit friends. Mr. Maniatis is restricted to the Northern District of California during the pendency of these proceedings, which will likely take many months. He is not permitted to work, and he knows no-one here other than his co-defendant and the few people he has met through the Greek Consulate since disembarking his vessel at the government's request. I believe that permission to visit the Los Angeles area would be greatly beneficial to Mr. Maniatis' mental and emotional well-being.

5.	I spoke with AUSA Stacey Geis on December 12, 2006, and she has no objection to the requested travel.

6.	Mr. Maniatis is not currently under pretrial supervision and has not been assigned a Pretrial Officer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at San Francisco, California on December 12, 2006.

/s/
_____
PETRA M. REINECKE
Attorney for Defendant
ARTEMIOS MANIATIS

## ORDER

The Court having considered the Application For Travel Order submitted by defendant Artemios Maniatis, and good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Release Order filed November 17, 2006 prohibiting Artemios Maniatis from traveling outside the Northern District of California is modified to permit Defendant Maniatis to travel to Los Angeles, California, from Friday, December 15, 2006 until Sunday, December 17, 2006.

Dated: December 13, 2006

_____
The Honorable Bernard Zimmerman
United States District Court Magistrate Judge