ROGERS JOSEPH O'DONNELL
ROBERT J. BREAKSTONE (State Bar No. 68416)
DAVID F. INNIS (State Bar No. 160702)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
Email: rjb@rjo.com

Attorneys for Defendant
DIMITRIOS GEORGAKOUDIS

SCHWARTZ & CERA, LLP
DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415.956.2600
Facsimile: 415.438.2655

Attorneys for Defendant
ARTEMIOS MANIATIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 06-0796-JSW |
|---|---|
| Plaintiff, | **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF ON MOTION TO DISMISS INDICTMENT** |
| vs. | |
| ARTEMIOS MANIATIS and DIMITRIOS GEORGAKOUDIS, | Date: February 15, 2007<br>Time: 2:30 p.m.<br>Ctrm: Two (2) |
| Defendants. | |

      Defendants Artemios Maniatis and Dimitrios Georgakoudis, by and through respective counsel, hereby request that the Court extend their deadline for filing a reply brief on their Motion to Dismiss Indictment one week, to February 5, 2007.

      The motion is set for hearing on February 15, 2007, and the Court set a deadline of January 29 for filing of any reply brief by the Defendants. The government filed its opposition to the Motion to Dismiss the Indictment on January 22. In its opposition, the government stated, in footnote 1, that "it wishes to advise the Court that this case will likely

be indicted in the Eastern District of California during the week of January 22, 2007, and that the government will promptly seek to dismiss the case before this Court." Given this submission, which counsel for Defendants has confirmed in discussions with counsel for the government (*see,* Declaration of Robert J. Breakstone in Support of Request for Extension Of Time To File Reply Brief On Motion To Dismiss Indictment), Defendants respectfully request a postponement of the due date for the filing of Defendants' reply brief, in order to avoid unnecessary time and expense in drafting a reply brief where the case will be dismissed and the motion will not be heard by this Court.

      I hereby attest that I have on file all holograph signature of any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  January 24, 2007

Respectfully submitted,

ROGERS JOSEPH O'DONNELL

By: /s/ Robert J. Breakstone
_____
ROBERT J. BREAKSTONE
Attorneys for Defendant
DIMITRIOS GEORGAKOUDIS

Dated:  January 24, 2007

SCHWARTZ & CERA, LLP

By: /s/
_____
DOUGLAS R. SCHWARTZ
Attorneys for Defendant
ARTEMIOS MANIATIS

**ORDER**

      IT IS HEREBY ORDERED that the time for filing of defendants' reply brief(s) is extended to February 5, 2007.

January  24 , 2007

_____
Hon. Jeffrey S. White
United States District Court Judge