DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
ARTEMIOS MANIATIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTEMIOS MANIATIS and<br>DIMITRIOS GEORGAKOUDIS,<br><br>Defendants. | Case No. CR-06-796-JSW<br><br>**APPLICATION TO WITHDRAW<br>MOTION TO DISMISS INDICTMENT** |

Defendant Artemios Maniatis hereby requests that he be permitted to withdraw his Motion to Dismiss Indictment, set for hearing on February 15, 2007, and that the motion be taken off calendar. In support of this Application, the undersigned declares:

1. I am an attorney at law duly licensed to practice before this Court and in all the Courts of this State, and am the attorney of record for defendant, Artemios Maniatis.

2. I make this declaration of my own personal knowledge and if called upon to do so, I could and would testify competently as stated herein.

3. At the hearing on this matter before this Court on December 21, 2006, the Court set a briefing schedule for motions, and a hearing date of February 15, 2007.

4. On behalf of defendant Maniatis, I timely filed a Motion to Dismiss Indictment on January 8, 2007. The government filed its opposition to the motion on January 22, 2006. In its

opposition, the government stated that "it wishes to advise this Court that this case will likely be indicted in the Eastern District of California during the week of January 22, 2007, and that the government will promptly seek to dismiss this case before this Court." Government Opposition at page 1, fn. 1. On this basis, co-defendants' counsel Robert Breakstone sought and obtained an order from this Court extending the time to file our reply brief from January 29 to February 5, 2007.

5. An indictment was filed regarding this matter in the Eastern District of California against Mr. Maniatis, his co-defendant and the owners of the vessel, on January 25, 2007. An arraignment has not, as yet been held in the new case.

6. The government has not, as yet, dismissed the case before this Court. However, based on discussions with government counsel, I understand that the government does intend to dismiss this case, but will not do so until the defendants have been arraigned in Sacramento.

7. Since it appears that this case will be dismissed within the next two weeks, I believe that it is a waste of time and resources to file a reply brief, and to keep the motion on the Court's calendar. For this reason, I respectfully request permission to withdraw the motion without prejudice, and request that the hearing date be taken off calendar.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at San Francisco, California on February 1, 2007.

/s/
_____
DOUGLAS R. SCHWARTZ
Attorney for Defendant
ARTEMIOS MANIATIS

## ORDER

The Court having considered the Application to Withdraw Motion to Dismiss Indictment submitted by defendant Artemios Maniatis, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Dismiss Indictment, set for hearing on February 15, 2007, be taken off calendar.

Dated: February 1, 2007

_____
The Honorable Jeffrey S. White
United States District Court Judge