| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | |
| | MARK KROTOSKI (CSBN 138549) |
| 3 | Chief, Criminal Division |
| 4 | STACEY P. GEIS (CSBN 181444) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
| | Telephone: (415) 436-7126 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| THE UNITED STATES OF AMERICA, | ) | No. CR 06-0796 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| ARTEMIOS MANIATIS and | ) | AND ORDER THEREON |
| DIMITRIOS GEORGAKOUDIS, | ) | |
| Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: February 8, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/ Mark L. Krotoski
MARK L. KROTOSKI
Chief, Criminal Division

//

NOTICE OF DISMISSAL
[CR 06-0796] [JSW]                                    1

1 |     Leave is granted to the government to dismiss the indictment.

3 | DATED: February 12, 2007

HONORABLE JEFFREY S. WHITE
United States District Judge